# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.:** |
| : | **MAGISTRATE NO.: 25-mj-155** |
| v. : | |
| : | **VIOLATIONS:** |
| **JEMAROCO JEREMIAH SPENCER,** : | **18 U.S.C. §111(a)(1)** |
| : | **(Assaulting, Resisting, or Impeding** |
| : | **Certain Officers or Employees)** |
| **Defendant.** : | |
| : | **21 U.S.C. § 844(a)** |
| : | **(Simple Possession of a Controlled** |
| : | **Substance)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 18, 2025, within the District of Columbia, **JEMAROCO JEREMIAH SPENCER**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Special Agent Casey Eskridge of the United States Drug Enforcement Administration ("DEA"), a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) - Misdemeanor)

### COUNT TWO

On or about August 18, 2025, within the District of Columbia, **JEMAROCO JEREMIAH SPENCER**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Special Agent Javier Campos-Canales of the United States Drug Enforcement Administration ("DEA"), a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) - Misdemeanor)

## COUNT THREE

On or about August 18, 2025, within the District of Columbia, **JEMAROCO JEREMIAH SPENCER**, did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cocaine-base, also known as "crack", a Schedule II controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Sections 844(a) - Misdemeanor)

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ George Eliopoulos*
George Eliopoulos
Assistant United States Attorney
D.C. Bar No. 390601
Violent Crime and Narcotics Trafficking Section
601 D Street, NW
Washington, D.C.  20530
202-252-6957
george.p.eliopoulos@usdoj.gov